RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 7/31/14
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| TRAVIS DENORRIS ARNOLD | CIVIL ACTION NO. 14-536 |
| VERSUS | U.S. DISTRICT JUDGE DRELL |
| MRS. HEWITT, ET AL | U.S. MAGISTRATE JUDGE KIRK |

**JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the motion for temporary restraining order [**Doc. #11**] is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 31st day of July, 2014.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT